## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

   **v.**　　　　　　　　　　　　　　　　Case No. 07-cr-248-PB

**Stephanie Nagy**


### O R D E R

    The defendant, through counsel, has moved to continue the February 5, 2008 trial in the above case, citing the need for additional time to properly prepare for trial in light of counsel's involvement in a large, complex trial that conflicts with the date of this trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 5, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 24, 2008 final pretrial conference is continued to April 22, 2008 at 4:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 22, 2008

cc: Stanley Norkunas, Esq.
    Jennifer Cole-Davis, AUSA
    United States Probation
    United States Marshal