```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                         Case No. 07-cr-248-PB

**Stephanie Nagy**


**O R D E R**

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The April 22, 2008 final pretrial conference is continued to July 30, 2008 at 3:45 p.m.

```
     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

April 21, 2008

cc:  Stanley Norkunas, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal
```