```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 07-cr-248-PB

**Stephanie Nagy**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for August 19, 2008, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 19, 2008 to October 7, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on September 24, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 6, 2008

cc:  Stanley Norkunas, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal