```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 07-cr-248-PB

**Stephanie Nagy**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for October 7, 2008, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 7, 2008 to December 2, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court September 24, 2008 final pretrial conference is continued to November 19, 2008 at 4:15 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 30, 2008

cc: Stanley Norkunas, Esq.
 Peter Papps, AUSA
 United States Probation
 United States Marshal